OSCAR T. MARSHALL, Appellant, *v.* JOHN P. WENNINGER, Respondent.

*Marshall* v. *Wenninger*, 23 App. Div. 275, affirmed.
(Argued May 15, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1898, reversing a judgment in favor of plaintiff, and dismissing the complaint.

*John Larkin* and *Ezekiel Fixman* for appellant.

*Henry A. Forster* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, LANDON and WERNER, JJ.

---

THE TOMPKINS COUNTY NATIONAL BANK, Respondent, *v.* THE BUNNELL AND ENO INVESTMENT COMPANY, Appellant, Impleaded with Others.

*Tompkins Co. Bank* v. *Bunnell & Eno Co.*, 8 App. Div. 90, affirmed.
(Submitted May 16, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 12, 1896, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Walter Welch* for appellant.

*William N. Noble* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN and WERNER, JJ. Not sitting: LANDON, J.